# Exhibit A



# The Brotherhood of Locomotive Engineers and Trainmen

Union Pacific Railroad Southern Region
General Committee of Adjustment
**Dana Marlow – General Chairman**
607 West Harwood Road
Hurst, TX 76054
Office: (817) 439-7140  ~  Fax: (888) 202-7756
dlmblet13@gmail.com
**Proud Member of Rail Conference Division
of the International Brotherhood of Teamsters**

June 12, 2020

Ms. Elizabeth Whited
EVP and Chief HR Officer
Union Pacific Railroad Company
1400 Douglas Street, STOP 0350
Omaha, NE 68179-0710

Dear Ms. Whited:

I have been given a copy of your recent instructions to our Members regarding the COVID-19 virus, instructing them to perform certain duties as outlined in your COVID-19 Training Module, under the threat of discipline.

We are all committed to safety. We are always interested in information about the virus; however, your letter is a nonstarter for our Members. You are requiring them to check off all the boxes, making it a requirement to do so to complete "the course." In fact, it would change the working conditions of the job, require an attestation which is not something our Members are required to do, making them responsible for the safety of other employees, and require them to assume the risks of employment, which under Federal law they are not required to do.

None of these matters have been the result of collective bargaining, and UP has made no attempt to do so before unilaterally imposing them. I will instruct my members not to fill these out, and, if you do not retract the requirement that they attest to the items, we will have no choice but to fully and aggressively pursue our legal options under the Railway Labor Act.

I am ready and willing to engage in collective bargaining if the UP wishes to attempt to change the working conditions of my BLET Engineers. Until them, I will assume you will abandon any effort to enforce this illegal action, and that you will not attempt to discipline our members for not attesting to the stipulations in the COVID-19 training module.

Sincerely,

*Dana Marlow*

Dana Marlow
General Chairman
BLET UP Southern Region GCA