# Exhibit B

## Brotherhood of Locomotive Engineers and Trainmen
*A Division of the Rail Conference–International Brotherhood of Teamsters*

**General Committee of Adjustment - UPRR Central Region**
**Ronnie Rhodes – General Chairman**
General Chairman Office, 750 FM 1841, Linden, TX 75563
Phone 903-756-3144
BLET Hazelwood Office, 320 Brookes Drive-Suite 115, Hazelwood, MO 63042
Phone 314-895-5858
Email – genchairupcr@gmail.com

K.J. Bagby
VICE-CHAIRMAN

N.J. Baker
S.D. Thibodeau
B.J. Young
HUB VICE-CHAIRMEN

S.D. Thibodeau
SECRETARY-TREASURER



Rebecca Cates
1400 Douglas St STOP 0710
Omaha, NE 68179

June 17, 2020

I can find no agreement wherein Locomotive Engineers are required to "clean and disinfect frequently touched surfaces…" however, our Members have been assisting in the disinfecting of your locomotives for their personal safety not as a requirement for employment. The COVID training module is so generic in nature that our Members could be disciplined for not wiping off keyboards, printers, toilets, etc. To compare the COVID training attestation to the GCOR exam is comparing apples to oranges, we have an agreement for taking the GCOR, it can be found on pages 100-103 of the MPUL Agreement.

The Union Pacific Railroad is responsible for keeping our Members work environment safe. COVID doesn't seem to be going away anytime soon and it could be years before our lives get back to a pre-COVID normal, if ever.

The CDC, the infectious disease specialists worldwide, state governments, and the federal government can't seem to agree on proper protocol for the prevention and spreading COVID-19 and there is a myriad of information that conflicts on the various websites. State and local governments are not even in agreement on a protocol. For Union Pacific to try and make their employees keep up and comply with the ever-changing and conflicting protocols is an impossibility. Union Pacific cannot shift their responsibility/possible liability to keep the work environment safe to their employees.

Several States Union Pacific operates in are dramatically increasing in their infection rate for COVID. We were having daily calls with UP to keep all Union Officials updated on the state of the virus with respect to UP, however that was changed to once a week and then abruptly halted without notifying any of us the calls would cease.

We need to work together during this pandemic; therefore, I stand ready and willing to engage in collective bargaining if UP wishes to attempt to change to working conditions of our BLET Engineers.

I am once again asking you to retract the instructions to attest to items listed in the COVID training module since they are changing the working conditions for our Members or I will have no choice but to fully and aggressively pursue our legal options under the Railway Labor Act.

Please advise,

Ronnie Rhodes
General Chairman UPCR